IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
2015 APR 27  P 4: 39
DISTRICT OF UTAH

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | ) | |
|---|---|---|
| BRADLEY T. GOULDING, | ) | Case No. 2:14CV-00810 DS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| XCENTRIC VENTURES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The record reflects that the Complaint in this case was filed on November 6, 2014. Timely service was never effected. On April 6, , 2015, Plaintiff was ordered to show cause within 15 days, in writing, why service was not made within 120 days or the Court on its own motion would dismiss this action without prejudice and close the case without further notice. See Fed. R. Civ. P. 4(m).

Plaintiff has failed to file any timely response to the April 6, 2015 Order, and there still is no record of service having been effected.

Because Plaintiff has failed to timely respond, it is ordered that the Complaint

against Defendants is dismissed without prejudice and the case is closed.

DATED this 27ᵀ of April, 2015.

BY THE COURT:

_____
DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT